**A CERTIFIED TRUE COPY**

APR 21 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TN

2005 APR 26 P 1: 44

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 5 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1657

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE VIOXX PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-5)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 282 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, ___F.Supp.2d___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

APR 21 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
APR 28 2005
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

Fee_____
Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No._____

05-1054



# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
#### OFFICE OF THE CLERK

LORETTA G. WHYTE  
CLERK

500 POYDRAS ST., ROOM C-151  
NEW ORLEANS, LA 70130

May 2, 2005

Robert DiTrolio, Clerk  
United States District Court  
Western District of Tennessee  
167 N. Main Street, Room 242  
Memphis, TN  38103

In Re: MDL 1657 Vioxx Products Liability Litigation      Your Case No. C.A. 1:05-1054 Erma Macklin v. Merck & Co., Inc.  
Our Case No. C.A. 05-1581 L (3)

Dear Mr. DiTrolio:

Enclosed is a certified copy of a transfer order received from the Multidistrict Litigation Panel in Washington, D.C.  It instructs that the case listed above be transferred to our district for disposition pursuant to Title 28 USC 1407, as soon as possible.  Our office has assigned a new civil action number to this case as referenced above.

**<u>DO NOT FORWARD THE ORIGINAL RECORD.</u>** The Honorable Eldon E. Fallon, U.S. District Court Judge  issued an order directing that the transfer of records consist of only a certified copy of the complaint (including notice of removal, if applicable), any amendments, the docket sheet and the MDL Transfer Order, together with a copy of the transfer letter be forwarded to the transferor court.

**Due to the high volume of cases involved in this litigation please provide paper copies of the above documents instead of simply referring to your website.** Your prompt attention in this matter is greatly appreciated.

Should you have any questions regarding this request, please contact Dina Guilbeau at (504)589-7704.

Very truly yours,  
Loretta G. Whyte, Clerk  

By_____  
Deputy Clerk

Enclosures

cc: Judicial Panel on Multidistrict Litigation

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

Robert R. Di Trolio
Clerk of Court

111 South Highland Ave., Room 262
Jackson, Tennessee 38301
731-421-9200
731-421-9210 Fax

May 11, 2005

United States District Court
Eastern District of Louisiana
Office of the Clerk of Court
500 Poydras St., Room C-151
New Orleans, LA 70130

RE: Our Case No. 05-1054 -T/An    Erma G. Macklin vs. Merck & Co., Inc., Et al.,
    Your Case No. 05-1581 L (3)    MDL # 1657 / Vioxx Products Liability Litigation

Dear Clerk:

Pursuant to the Order of Transfer on above referenced case, please find enclosed a certified copy of the Notice of Removal, Lower Court Complaint, Docket Sheet, MDL Transfer Order, and a copy of the transfer letter to the transferor court. Thank you for your attention in this matter.

Robert R. Di Trolio, Clerk

BY: C. Kurd

Deputy Clerk

ENCLOSURES

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 1:05-CV-01054 was distributed by fax, mail, or direct printing on May 11, 2005 to the parties listed.

---

Lawrence W. White
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

R. Scott Vincent
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

Lela M. Hollabaugh
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

T. Robert Hill
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--353

James M. Doran
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Honorable James Todd
US DISTRICT COURT